AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

MANUEL F. MARQUES,

      Plaintiff,
V.

STATE OF NEVADA, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:09-CV-00491-LRH-VPC**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**\_X\_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the Amended Complaint (Dkt #6) is DISMISSED WITH PREJUDICE. Any appeal of this order (Dkt #7) will be taken in bad faith.

  \_11/3/2010\_                                               **LANCE S. WILSON**
                                                                                      Clerk

                                                                                      \_/s/ P. McDonald\_
                                                                                      Deputy Clerk